# Brendlinger, Appellant, *v.* Riegel.

*Appeals—Interlocutory order—Attachment execution—Interrogatories.*

An order discharging a rule for judgment against a garnishee on answers to interrogatories is an interlocutory order from which no independent appeal lies.

Argued Nov. 18, 1908. Appeal, No. 138, Oct. T., 1908, by plaintiff, from order of C. P. Chester Co., Jan. T., 1908, No. 90, discharging rule for judgment against garnishee on answers to interrogatories in case of Brendlinger v. Riegel. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Appeal quashed.

Rule against garnishee for judgment.

*Error assigned* was order discharging rule for judgment against garnishee on answers to interrogatories.

*L. J. Palmer,* with him *William P. Young,* for appellant.

*G. G. Cornwell,* for appellee, filed no printed brief.

PER CURIAM, December 7, 1908:

This is an appeal by plaintiff from an order dismissing his rule for judgment against the garnishee on his answers to interrogatories. The appellee's counsel move to quash the appeal upon the ground that the order is in no sense a definitive decree and no judgment was entered upon it. It is a mere interlocutory order from which an independent appeal will not lie. The motion is well taken, and for the reason suggested, the appeal is quashed at the costs of the appellant.